DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

COURTNEY BRUCEE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1043

_____

January 31, 2024

Appeal pursuant to Fla. R. App. P. 9.14(b)(1)(A) from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Howard L. Dimmig, II, Public Defender, and Maureen E. Surber, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.